NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BEDGEAR, LLC,**
*Appellant*

**v.**

**FREDMAN BROS. FURNITURE COMPANY, INC.,**
*Appellee*

_____

2018-2170

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00524.

_____

**JUDGMENT**

_____

JOSEPH J. RICHETTI, Bryan Cave Leighton Paisner LLP, New York, NY, argued for appellant. Also represented by ALEXANDER DAVID WALDEN; K. LEE MARSHALL, San Francisco, CA.

JASON R. MUDD, Erise IP, P.A., Overland Park, KS, argued for appellee. Also represented by ERIC ALLAN BURESH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2019          /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                      Clerk of Court